UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------X
DUNKIN' DONUTS INCORPORATED,

      Plaintiff,

  -against-

MSDC ENTERPRISES, INC.,

      Defendant.
-----------------------------------X

**ORDER**

3: 02 CV 1191 (GLG)

The Order to Show Cause in this action was returnable in May of this year. It has been continually adjourned upon representation that the action is about to be settled. If there has been no settlement by October 30, 2003, the motion will be heard in accordance with the original Order to Show Cause dated May 8, 2003.

    SO ORDERED.

Dated:   October 15, 2003
         Waterbury, CT

                                    Gerard L. Goettel
                                        U.S.D.J.

FILED
OCT 17 2 13 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.