UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUNKIN' DONUTS INCORPORATED, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3 02 CV 1191 (GLG) |
| | : | |
| v. | : | |
| | : | |
| MSDC ENTERPRISES, INC., | : | |
| Defendant. | : | May 26, 2005 |
| | : | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Dunkin' Donuts Incorporated, hereby dismiss all claims against Defendants in this action, each to bear its own costs and fees.

Respectfully submitted,

*Alexandra M. McHugh*
Paul D. Sanson ct05477
Alexandra M. McHugh ct22428
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
tel. (860) 251-5000
fax (860) 251-5700
psanson@goodwin.com
amchugh@goodwin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Notice of Dismissal was served upon counsel for Defendants, Joel Z. Green, Esq., by first-class mail, postage pre-paid on May 26, 2005.

>Joel Z. Green, Esq.
>Green and Gross, P.C.
>1087 Broad Street
>Bridgeport, CT 06604-4231

*Alexandra M. McHugh* (signature)
Alexandra M. McHugh

403963 v.01 S3

>Robert L. Zisk
>David E. Worthen ct17345
>Stephen J. Vaughan ct22035
>Schmeltzer, Aptaker & Shepard, P.C.
>2600 Virginia Avenue, N.W.
>Suite 1000
>Washington, D.C. 20037
>tel. (202) 333-8800
>fax (202) 625-3312
>sjv@saslaw.com
>
>Counsel for Defendant
>Dunkin' Donuts Incorporated

Dated:   May 26, 2005